Motion by Mental Hygiene Legal Service for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

SETH MITCHELL, CFA, Appellant, v NEW YORK UNIVERSITY et al., Respondents.

Submitted December 1, 2014; decided January 15, 2015

Motion for reargument denied [*see* 24 NY3d 931 (2014)].

In the Matter of NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent.

Submitted January 12, 2015; decided January 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order of the Appellate Division from which leave to appeal was granted has been vacated and superceded by a subsequent order of that Court [*see* 120 AD3d 1235 (2014)].

In the Matter of NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent.

Submitted January 12, 2015; decided January 15, 2015

Motion by Nadia B. Ahmad et al. for leave to file a brief amici curiae on the appeal herein dismissed as academic.

In the Matter of NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent.

Submitted January 12, 2015; decided January 15, 2015